# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

## FULL FEDERAL COMPLAINT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHONY PALMER,
Plaintiff,

**26 CV 1693**

RECEIVED
SDNY PRO SE OFFICE
2026 MAR -2 PM 12: 04

v.

TRUTHFINDER, INC., and JOHN DOES 1–25,
Defendants.

Civil Action No.: _____

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF
(JURY TRIAL DEMANDED)

## I. INTRODUCTION

This is a civil action for defamation per se, false light invasion of privacy, negligent misrepresentation, intentional infliction of emotional distress, commercial disparagement, and reckless dissemination of false criminal records arising from Defendants' publication of materially false statements accusing Plaintiff of being convicted of raping a twelve-year-old child.

Defendants' statements are demonstrably false, unsupported by any criminal conviction, and were published with reckless disregard for truth.

False accusations of child rape constitute defamation per se under federal and New York law, entitling Plaintiff to presumed damages.

## II. JURISDICTION AND VENUE

This Court has jurisdiction pursuant to 28 U.S.C. §1332 as the parties are citizens of different states and the amount in controversy exceeds $75,000.

Venue is proper in this District pursuant to 28 U.S.C. §1391(b) because a substantial part of the events giving rise to these claims occurred in this District and the harm was suffered here.

III. PARTIES

Plaintiff Anthony Palmer is a resident of the State of New ~~Jersey.~~ *York* (nr)

Defendant TruthFinder, Inc. is a corporation engaged in the business of compiling and publishing consumer background reports nationwide.

Defendants John Does 1–25 are unknown affiliates, syndicators, and data brokers who participated in the dissemination of the defamatory material.

IV. FACTUAL ALLEGATIONS

Defendants published background reports falsely stating that Plaintiff was convicted of raping a twelve-year-old child.

No such conviction exists.

Defendants misrepresented and exaggerated public record data, transforming a non-rape offense into a fabricated accusation of child rape.

Defendants published this information without proper identity verification, biometric confirmation, or court-certified validation.

Defendants acted negligently, recklessly, and with actual malice.

As a direct and proximate result, Plaintiff has suffered catastrophic reputational harm, emotional distress, psychological trauma, loss of employment opportunities, and social stigma.

V. DEFAMATION PER SE

Defendants' statements falsely accusing Plaintiff of child rape constitute defamation per se.

Such statements are presumed harmful and entitle Plaintiff to compensatory and punitive damages.

VI. FALSE LIGHT INVASION OF PRIVACY

Defendants placed Plaintiff in a false and highly offensive light before the public.

VII. NEGLIGENT MISREPRESENTATION

Defendants negligently published false criminal information without proper verification.

VIII. INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

Defendants' conduct was extreme and outrageous, causing severe emotional and psychological distress.

IX. COMMERCIAL DISPARAGEMENT

Defendants' publications damaged Plaintiff's professional reputation and economic standing.

X. DAMAGES

Plaintiff seeks damages totaling $20,000,000, including compensatory, consequential, emotional distress, reputational, and punitive damages.

XI. INJUNCTIVE RELIEF

Plaintiff seeks immediate and permanent injunctive relief compelling Defendants to remove, suppress, and permanently prohibit publication of defamatory material.

XII. JURY DEMAND

Plaintiff demands trial by jury on all issues so triable.

WHEREFORE, Plaintiff respectfully requests judgment against Defendants for $20,000,000 in damages, injunctive relief, costs, fees, and any other relief the Court deems just and proper.

DATED: 3/2/26

Respectfully Submitted,

Anthony Palmer
Plaintiff, Pro Se

# Complaint

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Anthony Palmer v. TruthFinder, Inc., et al.

FEDERAL CIVIL COMPLAINT

This civil action seeks damages and injunctive relief for defamation per se, false light invasion of privacy, negligent misrepresentation, intentional infliction of emotional distress, commercial disparagement, and reckless dissemination of false criminal records.

Plaintiff was falsely accused of being convicted of raping a 12-year-old child, a claim that is false, defamatory, and unsupported by any criminal conviction.

Plaintiff seeks $20,000,000 in damages and immediate injunctive relief.

# JS-44

CIVIL COVER SHEET (JS-44)

Plaintiff: Anthony Palmer
Defendant: TruthFinder, Inc.

Basis of Jurisdiction: Diversity
Nature of Suit: Defamation / Torts
Jury Trial: Yes

# Summons

SUMMONS IN A CIVIL ACTION

To: TruthFinder, Inc.
Registered Agent: Corporation Service Company (CSC)
2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA 95833

You are hereby summoned and required to serve upon Plaintiff an answer to the complaint.

# Proposed TRO Order

PROPOSED TEMPORARY RESTRAINING ORDER

IT IS HEREBY ORDERED that Defendant immediately remove and suppress all defamatory content regarding Plaintiff pending further order of the Court.

# Emergency TRO Motion

EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Plaintiff respectfully requests that the Court issue immediate injunctive relief ordering the removal and suppression of defamatory content falsely accusing Plaintiff of child rape.

The harm is irreparable, ongoing, and catastrophic.

# Demand Letter

FORMAL LEGAL DEMAND LETTER

TruthFinder, Inc. is hereby notified that it has published false and defamatory allegations accusing Anthony Palmer of child rape.

Immediate removal, retraction, and settlement discussions are demanded.

# Preservation Notice

LITIGATION HOLD AND EVIDENCE PRESERVATION NOTICE

TruthFinder, Inc. is hereby directed to preserve all documents, records, logs, communications, and data relating to Anthony Palmer and related criminal database records.

 truthfinder

Background Report

# Anthony J Palmer

Link to Report

Report Created

Jan 31, 2026

# Disclaimer

TruthFinder IS NOT A CONSUMER REPORTING AGENCY ("CRA") FOR PURPOSES OF THE FAIR CREDIT REPORTING ACT ("FCRA"), 15 USC §§ 1681 et seq. AS SUCH, THE ADDITIONAL PROTECTIONS AFFORDED TO CONSUMERS, AND OBLIGATIONS PLACED UPON CONSUMER REPORTING AGENCIES, ARE NOT CONTEMPLATED BY, NOR CONTAINED WITHIN, THESE TERMS.

You may not use any information obtained from this report in connection with determining a prospective candidate's suitability for:

   Health insurance or any other insurance

   Credit and/or loans

   Employment

   Education, scholarships or fellowships

   Housing or other accommodations

   Benefits, privileges or services provided by any business establishment.

The information provided by this report has not been collected in whole or in part for the purpose of furnishing consumer reports, as defined in the FCRA. Accordingly, you understand and agree that you will not use any of the information you obtain from this report as a factor in: (a) establishing an individual's eligibility for personal credit, loans, insurance or assessing risks associated with existing consumer credit obligations; (b) evaluating an individual for employment, promotion, reassignment or retention (including employment of household workers such as babysitters, cleaning personnel, nannies, contractors, and other individuals); (c) evaluating an individual for educational opportunities, scholarships or fellowships; (d) evaluating an individual's eligibility for a license or other benefit granted by a government agency or (e) any other product, service or transaction in connection with which a consumer report may be used under the FCRA or any similar state statute, including, without limitation, apartment rental, check-cashing, or the opening of a deposit or transaction account. You also agree that you shall not use any of the information you receive through this report to take any "adverse action," as that term is defined in the FCRA; you have appropriate knowledge of the FCRA; and, if necessary, you will consult with an attorney to ensure compliance with these Terms.

Lastly, you agree and understand, that the information provided in this report may not be 100% accurate, complete, or up to date, so do not use it as a substitute for your own due diligence, especially if you have concerns about a person's criminal history. TruthFinder does not make any representation or warranty about the accuracy of the information available through our reports or about the character or integrity of the person about whom you inquire.

# Personal Information

This section contains known aliases, birth information, and potential imposters gleaned from public records.

First Name        Middle Name        Last Name

**Anthony        J            Palmer**

## Birth Information

Age        Born
62        Jan 1964

## Known Aliases

Anthony J  Palner        Anthon J  Palmer        Anthony N  Palmer        A Palmer

## Social Security Information

SSN Issued                1975-1976

Issued Location            NEW YORK

# Contact Information

This section contains phone numbers, previous phone numbers and email addresses associated with Anthony J Palmer.

## Possible Phone Numbers

### (347) 898-6287

| Phone Carrier | Line Type | Carrier Location |
|---|---|---|
| T-MOBILE USA INC | Mobile | Nyc Manhattan, NY 11096 |

### (347) 561-3854

| Phone Carrier | Line Type | Carrier Location |
|---|---|---|
| TWC IP ENABLED SER-VICES LLC | Voip | Nyc Manhattan, NY 11096 |

### (212) 534-6738

| Phone Carrier | Line Type | Carrier Location |
|---|---|---|
| VERIZON NEW YORK INC | Voip | Nyc Manhattan-E 97th St, NY 10001 |

### (646) 692-6358

| Phone Carrier | Line Type | Carrier Location |
|---|---|---|
| TWC IP ENABLED SER-VICES LLC | Voip | Nyc Manhattan, NY 10001 |

### (347) 735-0267

| Phone Carrier | Line Type | Carrier Location |
|---|---|---|
| NEW CINGULAR WIRE-LESS PCS LLC - DC (AT&T) | Mobile | Nyc Manhattan-Thomas St, NY 10032 |

### (347) 438-6625

| Phone Carrier | Line Type | Carrier Location |
|---|---|---|
| OMNIPOINT COMM NY | Mobile | Nyc Manhattan, NY 11351 |

### (646) 679-8007

| Phone Carrier | Line Type | Carrier Location |
|---|---|---|
| LEVEL 3 COMM - NY | Mobile | |

Carrier Location
Nyc Manhattan, NY
10001

## (718) 401-6310

| Phone Carrier | Line Type | Carrier Location |
|---|---|---|
| VERIZON NEW YORK INC | Landline | Nyc Bronx-Mott Haven-, NY 10032 |

## (212) 692-6358

| Phone Carrier | Line Type | Carrier Location |
|---|---|---|
| VERIZON NEW YORK INC | Voip | Nyc Manhattan-E 37th St, NY 10001 |

## (973) 790-0464

| Phone Carrier | Line Type | Carrier Location |
|---|---|---|
| VERIZON NEW JERSEY INC | Voip | Haledon, NJ 07011 |

## (212) 227-6280

Phone Carrier
Unavailable

## Possible Emails

| Email | Type |
|---|---|
| palmeranthony40@gmail.com | |
| apalner@yahoo.com | |
| anthonypalmerp@aol.com | |
| palmeranthonyjap@gmail.com | |
| palmertony31@gmail.com | |
| darrnelbrown@yahoo.com | |
| 3474386625@email123.com | |
| appalled@yahoo.com | |
| anthonypalmer1975@gmail.com | |
| palmeranthonyp@aol.com | |
| suenewberry@hotmail.com | |
| taytay18c@gmail.com | |
| brandonwilliams.1491@gmail.com | |
| palmerjohn234@yahoo.com | |
| ameen.khadijah@yahoo.com | |
| anthonypalmerp@gmail.com | |
| ampbx1@gmail.com | |
| palmeranthony40@yahoo.com | |
| palmeranthonyj.ap@gmail.com | |

# Location Information

This section includes all of the locations related to this person. Locations listed may include current residence, past residences, and places of work.

## 54 Rutgers St Apt 4c, New York, NY 10002-7413

| Dates Seen At Address | Classification | Address Type | Is Deliverable |
|---|---|---|---|
| Feb 28, 2022 - Jan 27, 2026 | Residential | High-Rise Address Contains Apartment or Building Sub-Units | Yes |

| Is Receiving Mail | Phone Numbers |
|---|---|
| Yes | |

## 5016 31st Ave Apt 5a, Woodside, NY 11377-1305

| Dates Seen At Address | Classification | Address Type | Is Deliverable |
|---|---|---|---|
| Jan 1, 2004 - Jan 17, 2024 | Residential | High-Rise Address Contains Apartment or Building Sub-Units | Yes |

| Is Receiving Mail | Phone Numbers |
|---|---|
| Yes | (718) 278-0023 (929) 378-7297 |

## 10469 88th Ave Apt 1r, Richmond Hill, NY 11418-2161

| Dates Seen At Address | Classification | Address Type | Is Deliverable |
|---|---|---|---|
| Nov 1, 2020 - Feb 1, 2022 | Residential | High-Rise Address Contains Apartment or Building Sub-Units | Yes |

| Is Receiving Mail |
|---|
| Yes |

## 46613 Popcorn Ln, Pilot Rock, OR 97868-6832

| Dates Seen At Address | Classification | Address Type | Is Deliverable |
|---|---|---|---|
| Sep 1, 2021 - Oct 25, 2021 | Residential | Street Address Contains a Valid Primary Number Range | Yes |

| Is Receiving Mail |
|---|
| Yes |

## 9420 Albert Rd Apt 1b, Ozone Park, NY 11417-2952

| Dates Seen At Address | Classification | Address Type | Is Deliverable |
|---|---|---|---|
| May 8, 2018 - Jun 6, 2020 | Residential | High-Rise Address Contains Apartment or Building Sub-Units | Yes |

| Is Receiving Mail |
|---|
| Yes |

## 1020 Walton Ave Apt 5e, Bronx, NY 10452-9325

| Dates Seen At Address | Classification | Address Type | Is Deliverable |
|---|---|---|---|
| | Residential | | Yes |

Dec 15, 2011 - Nov 12,
2018

High-Rise
 Address Contains Apart-
ment or Building Sub-Units

Is Receiving Mail
Yes

## 241 E 115th St, New York, NY 10029-2154

| Dates Seen At Address | Classification | Address Type | Is Deliverable |
|---|---|---|---|
| Nov 1, 2010 - Sep 23, 2016 | Residential | High-Rise<br> Address Contains Apart-<br>ment or Building Sub-Units | Yes |

Is Receiving Mail
Yes

## 8787 171st St Apt 2d, Jamaica, NY 11432-4503

| Dates Seen At Address | Classification | Address Type | Is Deliverable |
|---|---|---|---|
| Oct 1, 2004 - Jun 30, 2015 | Residential | High-Rise<br> Address Contains Apart-<br>ment or Building Sub-Units | Yes |

Is Receiving Mail
Yes

## 520 Audubon Ave Apt 56, New York, NY 10040-3674

| Dates Seen At Address | Classification | Address Type | Is Deliverable |
|---|---|---|---|
| Oct 1, 2004 - Apr 9, 2015 | Residential | High-Rise<br> Address Contains Apart-<br>ment or Building Sub-Units | Yes |

Is Receiving Mail
Yes

## 51, PO Box, Comstock, NY 12821-0051

| Dates Seen At Address | Classification | Address Type | Is Deliverable |
|---|---|---|---|
| Aug 13, 1995 - Sep 26,<br>2007 | Residential | Post Office Box<br> Address is a PO Box<br>Record Type | Yes |

## 388 E 141st St Apt 17d, Bronx, NY 10454-2209

| Dates Seen At Address | Classification | Address Type | Is Deliverable |
|---|---|---|---|
| Jan 13, 1992 - Jan 20,<br>2007 | Residential | High-Rise<br> Address Contains Apart-<br>ment or Building Sub-Units | Yes |

Is Receiving Mail
Yes

## 2931 Frederick Douglass Blvd Apt 7d, New York, NY 10039-1306

| Dates Seen At Address | Classification | Address Type | Is Deliverable |
|---|---|---|---|
| Sep 20, 2000 - Dec 1, 2000 | Residential | High-Rise<br> Address Contains Apart-<br>ment or Building Sub-Units | Yes |

Is Receiving Mail
Yes

## 4424 Grace Ave, Bronx, NY 10466-1220

| Classification | Address Type | Is Deliverable | Is Receiving Mail |
|---|---|---|---|
| Residential | Street Address Contains a Valid Primary Number Range | Yes | Yes |

## 452 E 187th St, Bronx, NY 10458-6622

| Classification | Address Type | Is Deliverable | Is Receiving Mail |
|---|---|---|---|
| Residential | High-Rise Address Contains Apartment or Building Sub-Units | Yes | Yes |

## 92-16 Liberty Avenue 1r, Far Rockaway, NY 11693

| Address Type | Is Deliverable |
|---|---|
| No record type because address did not make a valid DPV match | Yes |

# Related People Information

This section includes all of the related people related to this person.

## Possible Relatives

| Name | Age | Born |
|------|-----|------|
| Shakoya  Fell | 36 | Feb 1989 |
| Ttacy  Palmer | 59 | May 1966 |
| Doreen D Palmer | 67 | Oct 1958 |
| Olivia M Palmer | 70 | Mar 1955 |
| Milton A Palmer | 68 | Oct 1957 |
| Tamika  Palmer | 37 | Oct 1988 |

# Criminal & Traffic Records

DISCLAIMER: The criminal & traffic record information contained in our reports may not be 100% accurate or complete and may not correspond to the subject of this report. This is because the information is pulled from records maintained by government agencies and the information contained in those records may not be 100% accurate or complete, and people may share identifying characteristics that are used for matching. Please use this information as a starting point for your own due diligence and investigation. Please be advised that records matching your alias(es) may also be included.

We didn't find any likely criminal or traffic records for Anthony J Palmer but we did find some that COULD belong to Anthony J Palmer. Click the green buttons below to view these records.

## Possible Criminal Or Traffic Records



Anthony Palmer

**Match Rating Based On:**
First Name, Last Name, Date Of Birth, Age

Source
DEPT OF CORRECTIONS (New York)

## Personal Details

| First Name | Last Name | Gender | Born | Address |
|---|---|---|---|---|
| Anthony | Palmer | Male | Jan 1964 | 139 W 135th St, New York, New York, US |

## Physical Appearance

| Complexion | Ethnicity | Eye Color | Hair Color | Height |
|---|---|---|---|---|
| Black | Black | Brown | Black | 5'5" |
| Weight | Distinguishing Marks | | | |
| 140 lbs | None Reported | | | |

## Attempted Burglary 2nd

| Crime Location | Crime Type | Charge Category | Crime Classification | Offense Code |
|---|---|---|---|---|
| Queens, NY | Felony | Criminal | Felony | 0702 |
| Offense Description | Grade of Offense | Degree of Offense | Counts | National Crime Information Center (NCIC) Code |
| attempted burglary 2nd | SECOND FELONY OFFENDER | d | 001 | 0702 |
| Case Type | Court Name | Conviction Place | Actual Release Date | Parole Eligibility Date |
| class d felony | Supreme | Queens | Nov 12, 1990 | Sep 28, 1988 |
| Parole Hearing Date 1991 | Parole Status | Sentence End Date | Max Sentence Years 6 | Min Sentence Years 3 |
| | Par Hearing Type: Reappearance | Mar 4, 1993 | | |
| Sentence Status | Status | CaseInfo=MOST SERIOUS PRIOR | CaseInfo | |
| | Released/Discharged | | | |

| | | | |
|---|---|---|---|
| Cond Release Date: 19901212; Release/Discharge: Cond Release Div Of Parole | FELONY | MOST SERIOUS PRIOR: FELONY | |

## Attempted Assault 2nd

| Crime Location | Crime Type | Charge Category | Crime Classification | Offense Code |
|---|---|---|---|---|
| Bronx, NY | Felony | Criminal | Felony | 0602 |
| Offense Description | Grade of Offense | Degree of Offense | Counts | National Crime Information Center (NCIC) Code |
| attempted assault 2nd | SECOND FELONY OFFENDER | e | 001 | 0602 |
| Case Type | Court Name | Conviction Place | Actual Release Date | Parole Eligibility Date |
| class e felony | Supreme | Bronx | Apr 3, 1996 | Oct 3, 1994 |
| Parole Status | Sentence End Date | Max Sentence Years 3 | Min Sentence Days 6 | Min Sentence Months 6 |
| Par Hearing Type: Full Maximum | Apr 3, 1996 | | | |
| Min Sentence Years 1 | Sentence Status | Status | CaseInfo=MOST SERIOUS PRIOR | CaseInfo |
| | Cond Release Date: 19960503; Release/Discharge: Maximum Expiration | Released/Discharged | FELONY | MOST SERIOUS PRIOR: FELONY |

## Aug 23, 1997 - Offense -

| Offense Date | Crime Type | Charge Category | Crime Classification | Offense Code |
|---|---|---|---|---|
| Aug 23, 1997 | Felony | Sex Offender | Felony | 130.65 |
| Offense Description | Degree of Offense | Counts | Arresting Agency | Additional Sentence Info |
| sexual abuse-1st degree | class d | 1 | Nycpd Sex Offender Unit | [Incarcerationtype]:State Prison; [Condition_of_supervision] None Reported |
| Max Sentence Years 4 | Disposition Date | Status | Victim Is Minor | Predator |
| | Feb 9, 1998 | Sex Offender Level: 2 | Y | Sex Offender |
| CaseComments=VICTIM INFO | | | | |
| FEMALE, 12 YEARS COMPUTER_USED NONE REPORTED,FORCE_USED NONE REPORTED,LAW_ENFORCEMENT_AGENCY NYCPD SEX OFFENDER UNIT,OFFENSE_DESCRIPTIONS ATTEMPTED,SEXUAL INTERCOURSE;ACTUAL,SEXUAL CONTACT,PORNOGRAPHY_INVOLVED NONE REPORTED,RELATIONSHIP_ | | | | |

## Assault

| Crime Location | Charge Category | Offense Description | Counts | National Crime Information Center (NCIC) Code |
|---|---|---|---|---|
| Bronx, NY | Criminal | assault | 1 | 0602 |
| Case Type | Court Name | Sentence | | |
| e felony 2nd | Superme | 000 Years, 30 Months, 000 Days | | |

## Burglary

| Crime Location | Charge Category | Offense Description | Counts | National Crime Information Center (NCIC) Code |
|---|---|---|---|---|
| Queens, NY | Criminal | burglary | 1 | 0702 |

| Case Type | Court Name | Sentence | | |
|---|---|---|---|---|
| d felony 2nd | Superme | 000 Years, 60 Months, 000 Days | | |

## Att Assault 2nd

| Charge Category | Offense Description | Case Type | Court Name | Disposition |
|---|---|---|---|---|
| Criminal/Traffic | att assault 2nd | e | Bronx | sentenced |

## Robbery 2nd

| Charge Category | Offense Description | Case Type | Court Name | Disposition |
|---|---|---|---|---|
| Criminal/Traffic | robbery 2nd | c | Bronx | sentenced |

## Att Burglary 2nd

| Charge Category | Offense Description | Case Type | Court Name | Disposition |
|---|---|---|---|---|
| Criminal/Traffic | att burglary 2nd | d | Queens | sentenced |

## Att Burglary 2nd

| Charge Category | Offense Description | Case Type | Case Number | Court Name |
|---|---|---|---|---|
| Doc | att burglary 2nd | d | 04653815N | Queens |

| Disposition | | | | |
|---|---|---|---|---|
| release to parole super- vision: 1/6/1993 | | | | |

## Robbery 2nd

| Charge Category | Offense Description | Case Number | Conviction Date | Disposition |
|---|---|---|---|---|
| Doc | robbery 2nd | 83B1684 | Jul 19, 1983 | released - 08/15/85 pa- role - other |

## Att Burglary 2nd

| Crime Location | Crime Type | Charge Category | Offense Code | Offense Description |
|---|---|---|---|---|
| Queens, NY | Felony | Criminal/Traffic | 0702 | att burglary 2nd |

| Counts | National Crime Information Center (NCIC) Code | Case Type | Case Number | Court Name |
|---|---|---|---|---|
| 001 | 0702 | class d felony | 85A8219 | Queens |

| Conviction Date | Sentence | Disposition | | |
|---|---|---|---|---|
| Dec 24, 1985 | 3y 0m 0d | sentenced | | |

## Att Assault 2nd

| Crime Location | Crime Type | Charge Category | Offense Code | Offense Description |
|---|---|---|---|---|
| Bronx, NY | Felony | Criminal/Traffic | 0602 | att assault 2nd |

| Counts | National Crime Information Center (NCIC) Code | Case Type | Case Number | Court Name |
|---|---|---|---|---|
| 001 | 0602 | class e felony | 93A5173 | Bronx |

| Sentence | Disposition | | | |
|---|---|---|---|---|
| 1y 6m 0d | sentenced | | | |

## Anthony Palmer

**Match Rating Based On:**

First Name, Last Name, Date Of Birth, Age

Source

DEPT OF STATE - WARRANTS
(New York)

## Personal Details

| First Name | Last Name | Gender | Born |
|---|---|---|---|
| Anthony | Palmer | Male | Jan 1964 |

## Physical Appearance

Ethnicity

Black

## Robbery 2nd

| Crime Location | Crime Type | Offense Code | Offense Description | Case Type |
|---|---|---|---|---|
| Bronx, NY | Not Categorized | ROBBERY 2ND | robbery 2nd | c |
| Case Number | Court Name | Sentence | Disposition | |
| 83B1684PALANT | Bronx | 0001 Y 06 M 00 D | sentenced | |

## Att Burglary 2nd

| Crime Location | Crime Type | Offense Code | Offense Description | Case Type |
|---|---|---|---|---|
| Queens, NY | Not Categorized | ATT BURGLARY 2ND | att burglary 2nd | d |
| Case Number | Court Name | Sentence | Disposition | |
| 85A8219PALANT | Queens | 0003 Y 00 M 00 D | sentenced | |

## Att Assault 2nd

| Crime Location | Crime Type | Offense Code | Offense Description | Case Type |
|---|---|---|---|---|
| Bronx, NY | Not Categorized | ATT ASSAULT 2ND | att assault 2nd | e |
| Case Number | Court Name | Sentence | Disposition | |
| 93A5173PALANT | Bronx | 0001 Y 06 M 00 D | sentenced | |

## Anthony Palmer

**Match Rating Based On:**

First Name, Last Name, Date Of Birth, Age

| Arrested | Source |
|---|---|
| Jun 24, 2008 | NEW YORK CITY - DEPART-MENT OF CORRECTION - IN-MATES (New York) |

## Personal Details

| First Name | Last Name | Gender | Born |
|---|---|---|---|
| Anthony | Palmer | Male | Jan 1964 |

## Physical Appearance

| Ethnicity | Eye Color | Hair Color |
|---|---|---|
| Black | Hazel | Black |

## Jun 24, 2008 - Arrested in NY for 120.00 ma (assault-3rd a misdemeanor)

| Arrest Date | Age at Time of Arrest | Source State | Case Number | Booking Number |
|---|---|---|---|---|
| Jun 24, 2008 | 44 | NY | 3490811178 | 3490811178 |

| Bail | Charges | Prisoner Id | Facility | |
|---|---|---|---|---|
| $1,500.00 Bail Or $2,500.00 Bo | 120.00 ma (assault-3rd a misdemeanor) | 4653815N | Manhattan Detention Center | |

### Anthony Palmer

**Match Rating Based On:**

First Name, Last Name, Date Of Birth, Age

| Arrested | Source |
|---|---|
| Nov 5, 2008 | NEW YORK CITY - DEPARTMENT OF CORRECTION - INMATES (New York) |

## Personal Details

| First Name | Last Name | Gender | Born |
|---|---|---|---|
| Anthony | Palmer | Male | Jan 1964 |

## Physical Appearance

| Ethnicity | Eye Color | Hair Color |
|---|---|---|
| Black | Brown | Black |

## Nov 5, 2008 - Arrested in NY for 220.03 ma (crim possession of contrl substance a misdemeanor)

| Arrest Date | Age at Time of Arrest | Source State | Case Number | Booking Number |
|---|---|---|---|---|
| Nov 5, 2008 | 44 | NY | 3490819014 | 3490819014 |

| Charges | Prisoner Id |
|---|---|
| 220.03 ma (crim possession of contrl substance a misdemeanor) | 4653815N |

### Anthony Palmer

**Match Rating Based On:**

First Name, Last Name, Date Of Birth, Age

| Arrested | Source |
|---|---|
| Nov 28, 2008 | NEW YORK CITY - DEPARTMENT OF CORRECTION - INMATES (New York) |

## Personal Details

| First Name | Last Name | Gender | Born |
|---|---|---|---|
| Anthony | Palmer | Male | Jan 1964 |

## Physical Appearance

| Ethnicity | Eye Color | Hair Color |
|---|---|---|
| Black | Brown | Black |

## Nov 28, 2008 - Arrested in NY for 165.09 ma (auto stripping-2nd a misdemeanor)

| Arrest Date | Age at Time of Arrest | Source State | Case Number | Booking Number |
|---|---|---|---|---|
| Nov 28, 2008 | 44 | NY | 3490820287 | 3490820287 |

| Bail | Charges | Prisoner Id | Facility | |
|---|---|---|---|---|
| $1,500.00 Bail Or $1,500.00 Bo | 165.09 ma (auto stripping-2nd a misdemeanor) | 4653815N | Anna M. Kross Center | |

### Anthony Palmer

**Match Rating Based On:**

First Name, Last Name, Date Of Birth, Age

| Arrested | Source |
|---|---|
| Jan 2, 2006 | NEW YORK CITY - DEPARTMENT OF CORRECTION - INMATES (New York) |

## Personal Details

| First Name | Last Name | Gender | Born |
|---|---|---|---|
| Anthony | Palmer | Male | Jan 1964 |

## Physical Appearance

| Ethnicity | Eye Color | Hair Color | Height | Weight |
|---|---|---|---|---|
| Black | Brown | Black | 5'11" | 170 lbs |

## Sep 22, 2006 - Released from Prison for 165.40 -- crim possession stoln prop-5th (a misdemeanor)

| Arrest Date | Age at Time of Arrest | Source State | Case Number | Booking Number |
|---|---|---|---|---|
| Jan 2, 2006 | 42 | NY | 2006NY000940 | 3490600068 |

| Booking Date | Remarks | Bond | Bail | Charges |
|---|---|---|---|---|
| Jan 3, 2006 | Arrest Number: M06600232 | 0 | 0 | 165.40 -- crim possession stoln prop-5th (a misdemeanor) |

| Charge Class | Court | Confine Date | Release Date | Age at Time of Release |
|---|---|---|---|---|
| Ma | Cnc1:Manhattan Criminal Court - New Admit Area | Jan 3, 2006 | Sep 22, 2006 | 42 |

### Anthony Palmer

**Match Rating Based On:**

First Name, Last Name, Date Of Birth, Age

| Arrested | Source |
|---|---|
| Feb 2, 2007 | NEW YORK CITY - DEPARTMENT OF CORRECTION - INMATES (New York) |

## Personal Details

| First Name | Last Name | Gender | Born |
|---|---|---|---|

AnthonyPalmer                Male                        Jan 1964

## Physical Appearance

| Ethnicity | Eye Color | Hair Color | Height | Weight |
|-----------|-----------|------------|--------|--------|
| Black | Hazel | Gray | 6'0" | 200 lbs |

## Feb 14, 2007 - Released from Prison for 230.03 -- patronize prostitute-4th (b misdemeanor)

| Arrest Date | Age at Time of Arrest | Source State | Case Number | Booking Number |
|-------------|----------------------|--------------|-------------|----------------|
| Feb 2, 2007 | 43 | NY | 2007BX007851 | 2410701214 |
| Booking Date | Remarks | Bond | Bail | Charges |
| Feb 3, 2007 | Arrest Number: B07609939p | 0 | 0 | 230.03 -- patronize pros-titute-4th (b misde-meanor) |
| Facility | Charge Class | Current Location | Court | Confine Date |
| Eric M. Taylor Center | Mb | Eric M. Taylor Center | Cxe2:Bronx Criminal Court - New Admit Area | Feb 3, 2007 |
| Release Date | Age at Time of Release | | | |
| Feb 14, 2007 | 43 | | | |

## Jan 31, 2007 - Released from Prison for 120.00 -- assault-3rd (a misdemeanor)

| Arrest Date | Age at Time of Arrest | Source State | Case Number | Booking Number |
|-------------|----------------------|--------------|-------------|----------------|
| Jan 24, 2007 | 43 | NY | 2007QN005022 | 4410701214 |
| Booking Date | Remarks | Bond | Bail | Charges |
| Jan 26, 2007 | Arrest Number: Q07605211j | 1500 | 1500 | 120.00 -- assault-3rd (a misdemeanor) |
| Facility | Charge Class | Current Location | Court | Confine Date |
| Eric M. Taylor Center | Ma | Eric M. Taylor Center | Cqq1:Queens Criminal Court | Jan 26, 2007 |
| Release Date | Age at Time of Release | | | |
| Jan 31, 2007 | 43 | | | |

## Jun 29, 2007 - Released from Prison for vocd -- vocd (zt)

| Arrest Date | Age at Time of Arrest | Source State | Case Number | Booking Number |
|-------------|----------------------|--------------|-------------|----------------|
| May 8, 2007 | 43 | NY | 2006NY083479 | 3490708375 |
| Booking Date | Remarks | Bond | Bail | Charges |
| May 8, 2007 | Arrest Number: M076408832 | 0 | 0 | vocd -- vocd (zt) |
| Facility | Charge Class | Current Location | Court | Confine Date |
| Eric M. Taylor Center | Zt | Eric M. Taylor Center | Cnc1:Manhattan Criminal Court - New Admit Area | May 8, 2007 |
| Release Date | Age at Time of Release | | | |
| Jun 29, 2007 | 43 | | | |

## Jun 29, 2007 - Released from Prison for 145.00 -- criminal mischief-4th (a misdemeanor)

| Arrest Date | Age at Time of Arrest | Source State | Case Number | Booking Number |
|-------------|----------------------|--------------|-------------|----------------|
| May 8, 2007 | 43 | NY | 2006NY079687 | 3490708375 |
| Booking Date | Remarks | Bond | Bail | Charges |
| May 8, 2007 | Arrest Number: M076408832 | 0 | 0 | 145.00 -- criminal mis-chief-4th (a misde-meanor) |
| Charge Class | Court | Confine Date | Release Date | Age at Time of Release |
| Ma | | May 8, 2007 | Jun 29, 2007 | 43 |

Cnc1:Manhattan Criminal
Court - New Admit Area

# Social Profiles

This section contains possible online profiles and articles for the subject of this report.

Our extensive public records search did not uncover social profiles information for Anthony J Palmer.

# Finances

This section includes financial information that we have found on this person such as bankruptcies, liens, judgments, foreclosures or evictions.

## Possible Liens

### Lien

| | | | |
|---|---|---|---|
| Name | Anthony  Palmer | Document Recording Number | 004****0 |
| Address | 5016 31st Ave, Woodside, NY 11377-1354 | | |
| | | Court Case Number | 004****0 |
| Total Lien Amount | 160.00 | | |

### Lien

| | | | |
|---|---|---|---|
| Name | Anthony  Palmer | Document Recording Number | 004****0 |
| Address | 5016 31st Ave, Woodside, NY 11377-1354 | | |
| | | Court Case Number | 004****0 |
| Total Lien Amount | 160.00 | | |

### Lien

| | | | |
|---|---|---|---|
| Name | Anthony  Palmer | Document Recording Number | 002****0 |
| Address | 5016 31st Ave, Woodside, NY 11377-1354 | | |
| | | Court Case Number | 002****0 |
| Total Lien Amount | 160.00 | | |

### Lien

| | | | |
|---|---|---|---|
| Name | Anthony J Palmer | Document Recording Number | 2003NY0689 |
| Address | | | |

5016 31st Ave, Woodside, NY
11377-1354

Court Case Number            2003NY0689

Total Lien Amount            120.00

## Possible Judgments

### Judgment

Name                         Anthony Palmer
Address                      5016 31st Ave, Woodside, NY
                             11377

Filing Type                  JUDGMENT/STATE LIEN

Filing Date                  Oct 30, 2006
Court Case Number            004****0
Total Judgment Amount        $160.00

### Judgment

Name                         Anthony Palmer
Address                      5016 31st Ave, Woodside, NY
                             11377

Filing Type                  JUDGMENT/STATE LIEN

Filing Date                  Jan 9, 2006
Court Case Number            004****0
Total Judgment Amount        $160.00

### Judgment

Name                         Anthony Palmer
Address                      5016 31st Ave, Woodside, NY
                             11377

Filing Type                  JUDGMENT/STATE LIEN

Filing Date                  Mar 7, 2005
Court Case Number            002****0
Total Judgment Amount        $160.00

### Judgment

Name                         Anthony J Palmer
Address                      5016 31st Ave, Woodside, NY
                             11377

Filing Type                  JUDGMENT/STATE LIEN

Filing Date                  Oct 15, 2003
Court Case Number            2003NY0689
Total Judgment Amount        $120.00

# Assets

This section includes assets information that we have found on this person. Possible data may include properties owned, watercrafts owned and vehicles owned or driven.

Our extensive public records search did not uncover assets information for Anthony J Palmer.

# Jobs and Business Profiles

This section includes business related information that we have found on this person such as business affiliations or employment history.

Our extensive public records search did not uncover jobs and businesses information for Anthony J Palmer.

# Additional Records

This section may include professional licenses, hunting permits, concealed weapon permits, faa licenses, controlled substance licenses, possible associates, relationships, and or a list of sex offenders in the area related to this persons location.

## Possible Associates

### Shelia U Fell, 64 years old (approximate)

| Shared Locations | | Phone Numbers | |
|---|---|---|---|
| | 5016 31st Ave Apt 5a, Woodside, NY, 11377 | | (917) 889-5828 |
| | *Shelia U Fell and Anthony J Palmer may have shared this address from Jan 1, 2004 to Jan 17, 2024 for 20 years 21 days* | | (718) 278-0023 |
| | 9420 Albert Rd Apt 1b, Ozone Park, NY, 11417 | | (212) 410-0898 |
| | *Shelia U Fell and Anthony J Palmer may have shared this address from May 8, 2018 to Jun 6, 2020 for 2 years 1 months* | | (917) 889-8558 |
| | 241 E 115th St, New York, NY, 10029 | | (212) 694-6260 |
| | *Shelia U Fell and Anthony J Palmer may have shared this address from May 1, 2013 to May 1, 2014 for 1 years* | | (212) 694-9254 |
| | 2931 Frederick Douglass Blvd Apt 7d, New York, NY, 10039 | | (212) 926-7969 |
| | *Shelia U Fell and Anthony J Palmer may have shared this address from Sep 20, 2000 to Dec 1, 2000 for 2 months 12 days* | | (347) 510-1135 |
| | 520 Audubon Ave Apt 56, New York, NY, 10040 | | (718) 204-1864 |

### Shakoya M Fell, 36 years old (approximate)

| Shared Locations | | Phone Numbers | |
|---|---|---|---|
| | 10469 88th Ave Apt 1r, Richmond Hill, NY, 11418 | | (718) 278-0023 |
| | 5016 31st Ave Apt 5a, Woodside, NY, 11377 | | (347) 307-5490 |
| | *Shakoya M Fell and Anthony J Palmer may have shared this address from Mar 1, 2007 to Feb 24, 2019 for 11 years 12 months 3 days* | | (718) 204-1864 |

### Nata Jgarkava

| Shared Locations | | Phone Numbers | |
|---|---|---|---|
| | | | (347) 644-5938 |

1020 Walton Ave Apt 5e, Bronx, NY, 10452

*Nata Jgarkava and Anthony J Palmer may have shared this address from Mar 1, 2015 to May 31, 2018 for 3 years 3 months 1 days*

8787 171st St Apt 2d, Jamaica, NY, 11432

*Nata Jgarkava and Anthony J Palmer may have shared this address from Mar 1, 2015 to Jun 30, 2015 for 4 months*

## Ladawn C Fell, 35 years old (approximate)

Shared Locations

9420 Albert Rd Apt 1b, Ozone Park, NY, 11417

5016 31st Ave Apt 5a, Woodside, NY, 11377

*Ladawn C Fell and Anthony J Palmer may have shared this address from Oct 17, 2009 to May 7, 2014 for 4 years 6 months 23 days*

Phone Numbers

(347) 684-6267
(718) 278-0023

## Sandra C Buitrago, 57 years old (approximate)

Phone Numbers

(954) 461-7171
(347) 561-9780
(717) 335-3140
(718) 441-6713
(718) 847-5072
(717) 721-7756
(718) 721-7756
(718) 805-4187
(917) 868-3734

## Renea S Fell, 39 years old (approximate)

Shared Locations

5016 31st Ave Apt 5a, Woodside, NY, 11377

*Renea S Fell and Anthony J Palmer may have shared this address from May 30, 2005 to Oct 26, 2022 for 17 years 5 months 3 days*

2931 Frederick Douglass Blvd Apt 7d, New York, NY, 10039

Phone Numbers

(646) 474-5384
(347) 307-5490
(347) 336-0813
(718) 278-0023
(718) 204-1864

## Edward L Collins, 54 years old (approximate)

Shared Locations

388 E 141st St Apt 17d, Bronx, NY, 10454

2931 Frederick Douglass Blvd Apt 7d, New York, NY, 10039

Phone Numbers

(256) 328-2401
(256) 295-4785
(256) 438-9702
(256) 390-3912

(256) 553-9081
(718) 659-9310
(256) 441-2030

## Edward Collin, 54 years old (approximate)

Shared Locations          388 E 141st St Apt 17d, Bronx, NY,
                          10454

## Rengama Rengasami

Shared Locations          10469 88th Ave Apt 3r, Richmond      Phone Numbers        (678) 226-1499
                          Hill, NY, 11418                                           (718) 441-0818

## Whelama Armogan, 59 years old (approximate)

                                                               Phone Numbers        (347) 968-4403
                                                                                    (646) 623-1375
                                                                                    (718) 850-0880
                                                                                    (678) 226-1508
                                                                                    (718) 441-1889
                                                                                    (816) 405-6543
                                                                                    (347) 599-3429
                                                                                    (347) 825-0710
                                                                                    (404) 449-9688
                                                                                    (573) 854-4736
                                                                                    (646) 226-1508
                                                                                    (678) 349-2344
                                                                                    (718) 845-3894
                                                                                    (917) 371-2630
                                                                                    (678) 373-1229
                                                                                    (718) 441-2986

## Jacquetta Good, 54 years old (approximate)

Shared Locations          2931 Frederick Douglass Blvd Apt     Phone Numbers        (256) 485-0160
                          7d, New York, NY, 10039                                   (212) 690-2317
                           Jacquetta Good and Anthony J                             (256) 492-6964
                          Palmer may have shared this ad-                           (256) 328-2401
                          dress from Sep 20, 2000 to Dec 1,                         (256) 328-2648
                          2000 for 2 months 12 days                                 (256) 438-8559
                                                                                    (256) 441-2030
                                                                                    (256) 492-7978
                                                                                    (256) 504-0206
                                                                                    (256) 546-9288
                                                                                    (256) 659-9310
                                                                                    (256) 690-2317
                                                                                    (718) 659-9310
                                                                                    (256) 295-4785

(256) 492-1926

## John Henry Brown

Shared Locations

2931 Frederick Douglass Blvd Apt
7d, New York, NY, 10039

*John Henry Brown and Anthony J
Palmer may have shared this ad-
dress from Sep 20, 2000 to Dec 1,
2000 for 2 months 12 days*

Phone Numbers

(843) 351-4136
(646) 234-5537
(212) 281-5053
(212) 283-0605
(212) 368-1349
(212) 491-2573
(212) 690-1085
(212) 694-1413
(646) 596-8471
(718) 293-3107
(212) 926-1442
(803) 351-4843
(803) 368-1349
(803) 419-5209
(843) 351-0000

## Ramnarine Harnath, 62 years old (approximate)

Phone Numbers

(678) 967-4656
(718) 235-0465
(718) 235-2984
(718) 441-0818
(718) 647-3835
(770) 277-3540
(305) 301-4128
(678) 412-5598
(678) 936-7757

## Marioye M Harnath, 59 years old (approximate)

Phone Numbers

(718) 235-2984
(718) 441-0818
(678) 243-5133
(718) 243-5133
(770) 277-3540

## Jeffrey Armogan, 35 years old (approximate)

Phone Numbers

(347) 599-3429
(678) 226-1504
(718) 441-1889
(718) 850-0880
(678) 226-1508
(678) 373-1229

(678) 822-6150
(718) 441-0818

## Marilyn F Falcon, 64 years old (approximate)

Shared Locations

388 E 141st St Apt 17d, Bronx, NY, 10454

*Marilyn F Falcon and Anthony J Palmer may have shared this address from Jul 16, 2002 to Jan 20, 2007 for 4 years 6 months 9 days*

Phone Numbers

(718) 790-1309
(718) 585-1929
(347) 757-7260
(718) 450-6468
(718) 709-1358
(718) 709-1360

## Ernesto Falcon

Shared Locations

388 E 141st St Apt 17d, Bronx, NY, 10454

*Ernesto Falcon and Anthony J Palmer may have shared this address from Jun 23, 2004 to Jan 20, 2007 for 2 years 7 months 1 days*

Phone Numbers

(646) 525-2435
(347) 757-7260

## Luis A Torres, 56 years old (approximate)

Phone Numbers

(646) 682-7191
(718) 488-7436
(347) 408-2637
(347) 682-7191

## Tiquan J Walker, 40 years old (approximate)

Phone Numbers

(347) 737-1518

## Cheyenne D Holley, 35 years old (approximate)

Shared Locations

5016 31st Ave Apt 2a, Woodside, NY, 11377

5016 31st Ave Apt 5a, Woodside, NY, 11377

Phone Numbers

(646) 703-8213
(718) 686-5285

## Nata Jgarkava, 64 years old (approximate)

Phone Numbers

(215) 253-9271

S  Wang, 72 years old (approximate)

Tyjier  Rivers, 22 years old (approximate)

Phone Numbers          (347) 378-9352

Angela  Cooper, 56 years old (approximate)

Phone Numbers          (347) 602-3219

Catalina  Diaz, 100 years old (approximate)

Phone Numbers          (212) 227-0362

Anthony  Tung, 41 years old (approximate)

Phone Numbers          (917) 628-6785

Bi  Tung, 63 years old (approximate)

Phone Numbers          (212) 962-8075

Marvin  Ford, 39 years old (approximate)

Phone Numbers          (347) 718-7710

Amarilis  Santos, 37 years old (approximate)

Phone Numbers          (917) 528-3642

Taiwo  Adesina, 32 years old (approximate)

Phone Numbers          (347) 790-2463

Armani  Cooper, 25 years old (approximate)

|  | Phone Numbers | (347) 849-1631 |

James  Cooper, 23 years old (approximate)

|  | Phone Numbers | (212) 227-4049 |

Michelle  Ellis, 45 years old (approximate)

|  | Phone Numbers | (347) 889-5743 |

Jose  Gilhidalgo, 62 years old (approximate)

|  | Phone Numbers | (646) 732-5854 |

Sidney  Johnson, 68 years old (approximate)

|  | Phone Numbers | (551) 404-0603 |

Anthony  Mims, 67 years old (approximate)

|  | Phone Numbers | (678) 588-1320 |

Jose  Valentin Moya, 68 years old (approximate)

|  | Phone Numbers | (787) 360-1992 |

David  Carter, 66 years old (approximate)

|  | Phone Numbers | (917) 773-7647 |

Terica  Evans, 36 years old (approximate)

|  | Phone Numbers | (347) 847-9117 |

Eva  Rodriguez, 73 years old (approximate)

Phone Numbers                     (347) 230-2166

Marcelina  Rodriguez, 90 years old (approximate)

Phone Numbers                     (484) 239-2513

Bruce  Eyster, 78 years old (approximate)

Phone Numbers                     (347) 790-6078

James  Fritz, 68 years old (approximate)

Phone Numbers                     (347) 561-5540

Jesus  Verdeflor, 87 years old (approximate)

Phone Numbers                     (917) 209-3857

Scott  Feldman, 61 years old (approximate)

Helen  Verdeflor, 66 years old (approximate)

Richard  Westenberg, 75 years old (approximate)

Phone Numbers                     (631) 645-6673

Cliford  Josaphat, 47 years old (approximate)

Phone Numbers                     (609) 721-2493

Lillian  Westenberg, 58 years old (approximate)

Phone Numbers                     (516) 884-7341

Adam J Hamilton, 44 years old (approximate)

| Shared Locations | 520 Audubon Ave Apt 56, New York, NY, 10040 | Phone Numbers | (917) 504-5017 |
| | | | (212) 740-2763 |
| | *Adam J Hamilton and Anthony J Palmer may have shared this address from Dec 2, 2012 to Apr 9, 2015 for 2 years 4 months 7 days* | | (347) 898-1198 |
| | | | (718) 282-3280 |
| | | | (718) 930-9489 |
| | | | (646) 977-5990 |
| | | | (718) 282-2380 |
| | | | (718) 287-9533 |
| | | | (917) 687-6170 |

| Email Addresses | adam49192018@gmail.com |
| | adam49195912@gmail.com |
| | adamhamilton10012@yahoo.com |
| | ah49192016@gmail.com |
| | ah4919@gmail.com |
| | adam4919@yahoo.com |
| | adamh.4919@yahoo.com |
| | adamhamuilton4919@yahoo.com |
| | adamhamilton4919@yahoo.com |
| | purplemonster121@yahoo.com |
| | sophia.mckham@gmail.com |
| | sophiamckham@gmail.com |
| | sosiemariposie@gmail.com |
| | adamreyes87@gmail.com |
| | drummerboy88@hotmail.com |
| | ezbo77@yahoo.com |
| | kailey062510@gmail.com |
| | adamhamilton555@gmail.com |

## Giselle  Candelario, 38 years old (approximate)

| Shared Locations | 520 Audubon Ave Apt 56, New York, NY, 10040 | Phone Numbers | (212) 795-3789 |
| | | | (646) 449-8542 |
| | *Giselle  Candelario and Anthony J Palmer may have shared this address from Aug 1, 2005 to Apr 9, 2015 for 9 years 8 months 13 days* | | (646) 669-8694 |

| Email Addresses | gisellec427@gmail.com |
| | gcandelario@cccsrochester.org |
| | jennjournal@gmail.com |
| | josecandelario@aol.com |

## Derrick  Milliam

| | | Phone Numbers | (347) 297-4504 |

| Email Addresses | plug165@yahoo.com |

## Marcelina  Rodriguez, 90 years old (approximate)

| Shared Locations | 5016 31st Ave Apt 5a, Woodside, NY, 11377 | Phone Numbers | (610) 776-0722 |
| | | | (610) 776-7651 |
| | *Marcelina  Rodriguez and Anthony J Palmer may have shared this address from Jan 1, 2004 to Nov 8, 2010 for 6 years 10 months 13 days* | | (718) 956-2959 |
| | | | (787) 744-2559 |
| | | | (718) 274-5643 |
| | | | (718) 545-1905 |
| | | | (718) 776-0722 |

Email Addresses jq.rodriguezg@hotmail.com
laloka19@yahoo.com
laloka@yahoo.com
laloka1981@yahoo.com
evalrodriguez2@gmail.com

## Cathleen  Brown, 85 years old (approximate)

Shared Locations 2931 Frederick Douglass Blvd Apt 7d, New York, NY, 10039  Phone Numbers  (843) 351-4136

*Cathleen  Brown and Anthony J Palmer may have shared this address from Sep 20, 2000 to Dec 1, 2000 for 2 months 12 days*

(843) 351-4843
(843) 926-1442
(212) 926-1442

Email Addresses kthsmi2@aol.com

## Alisha A Jack, 41 years old (approximate)

Shared Locations 5016 31st Ave Apt 5a, Woodside, NY, 11377  Phone Numbers  (360) 772-2058

*Alisha A Jack and Anthony J Palmer may have shared this address from May 1, 2010 to Mar 29, 2017 for 6 years 11 months 4 days*

(360) 326-3642
(360) 844-6165
(360) 608-6031
(360) 909-8075

Email Addresses alisha.houser@aol.com
weeswees95@gmail.com
weeswees95@hotmail.com
alishajack@comcast.net
krh.peaches@gmail.com
rluckenbill@msn.com
xmadaniel1013@gmail.com

## Janae Labelle Walker, 33 years old (approximate)

Phone Numbers  (347) 445-1676
(347) 701-2832
(516) 209-9310
(203) 419-0077
(585) 406-2023

Email Addresses janaewalker4@yahoo.com
3474451676@gmail.com
datgurlnae123@aol.com
yonnas@yahoo.com
donald.riley@gmail.com
acannon@gte.net

## Victor R Rodriguez, 86 years old (approximate)

Shared Locations 5016 31st Ave Apt 5a, Woodside, NY, 11377  Phone Numbers  (610) 776-7651

*Victor R Rodriguez and Anthony J Palmer may have shared this address from Jan 1, 2004 to Nov 8, 2010 for 6 years 10 months 13 days*

(484) 223-7375
(610) 820-0951
(610) 417-1630
(610) 435-7802
(610) 776-0722
(216) 571-9213
(484) 358-6296

(484) 664-2170
(718) 932-7462
(610) 417-1631
(484) 358-5862

Email Addresses

calavictor@yahoo.com
babyj@ptd.net
evalrodriguez2@gmail.com
qvictor.rodriguezj18@yahoo.com
tmillican@gmail.com
vrod1051@hotmail.com
victorrodriguez@yahoo.com
blackmarli4u@aol.com
blackmarlin4u@aol.com
jennifer.a.cor-
bett@umit.maine.edu
laloka19@yahoo.com
rvictoi10r.rodriguez@yahoo.com
victor.rodriguez@yahoo.com

## Priscilla  Gonzalez, 34 years old (approximate)

Shared Locations

5016 31st Ave Apt 5d, Woodside,
NY, 11377

*Priscilla  Gonzalez and Anthony J
Palmer may have shared this ad-
dress from Aug 31, 2017 to Nov
12, 2018 for 1 years 2 months 13
days*

5016 31st Ave Apt 1a, Woodside,
NY, 11377

Phone Numbers

(718) 728-3552
(646) 469-4846

Email Addresses

booluv200@yahoo.com
angel2luv830@aol.com
elichelle12345@gmail.com
t_bone_moran@hotmail.com
gonzalezp27@gmail.com

## Tayvone  Maxwell

Shared Locations

5016 31st Ave Apt 5a, Woodside,
NY, 11377

*Tayvone  Maxwell and Anthony J
Palmer may have shared this ad-
dress from Mar 4, 2013 to Nov 12,
2018 for 5 years 8 months 14 days*

## Rex K Huesties, 78 years old (approximate)

Shared Locations

46613 Popcorn Ln, Pilot Rock,
OR, 97868

*Rex K Huesties and Anthony J
Palmer may have shared this ad-
dress from Sep 1, 2021 to Oct 25,
2021 for 1 months 24 days*

46613 Popcorn Ln, Pilot Rock,
OR, 97868

Phone Numbers

(541) 443-2535
(541) 310-1010

Email Addresses

ehuesties@gmail.com
poppa_hues@yahoo.com
rhuesties@juno.com

td720td75@gmail.com

## Alvina E Huesties, 79 years old (approximate)

Shared Locations

46613 Popcorn Ln, Pilot Rock, OR, 97868

*Alvina E Huesties and Anthony J Palmer may have shared this address from Sep 1, 2021 to Oct 25, 2021 for 1 months 24 days*

46613 Popcorn Ln, Pilot Rock, OR, 97868

Phone Numbers

(541) 443-2535
(541) 310-1010
(541) 443-2003

Email Addresses

ahuesties@aol.com
emuncert@btfinancial.com
ehuesties@gmail.com
td720td75@gmail.com
swoosh_22@excite.com

## Lelia M Singleton, 88 years old (approximate)

Shared Locations

1020 Walton Ave Apt E1, Bronx, NY, 10452

*Lelia M Singleton and Anthony J Palmer may have shared this address from Dec 15, 2011 to Nov 12, 2018 for 6 years 11 months 4 days*

1020 Walton Ave Apt 1e, Bronx, NY, 10452

*Lelia M Singleton and Anthony J Palmer may have shared this address from Dec 15, 2011 to Nov 12, 2018 for 6 years 11 months 4 days*

Phone Numbers

(646) 233-9465
(929) 363-5807
(718) 538-4489
(646) 421-7512
(718) 538-1483
(917) 833-2862

Email Addresses

leila.singleton@concentric.net
leilaculbreth@earthlink.net
leilasingleton@att.net
lsingleton17@gmail.com
jeffdavid4444@hotmail.com
ronaldklein@aol.com

## Marilyn  Rosario, 42 years old (approximate)

Shared Locations

Phone Numbers

(718) 588-2569
(718) 538-2590

1020 Walton Ave Apt E7, Bronx,
NY, 10452

*Marilyn Rosario and Anthony J
Palmer may have shared this ad-
dress from Sep 3, 2018 to Nov 12,
2018 for 2 months 10 days*

1020 Walton Ave Apt 7e, Bronx,
NY, 10452

*Marilyn Rosario and Anthony J
Palmer may have shared this ad-
dress from Mar 1, 2015 to Nov 12,
2018 for 3 years 8 months 17 days*

1020 Walton Ave Apt 5e, Bronx,
NY, 10452

*Marilyn Rosario and Anthony J
Palmer may have shared this ad-
dress from Jun 10, 2014 to Nov
12, 2018 for 4 years 5 months 6
days*

1020 Walton Ave Apt C2, Bronx,
NY, 10452

1020 Walton Ave Apt E5, Bronx,
NY, 10452

*Marilyn Rosario and Anthony J
Palmer may have shared this ad-
dress from Dec 15, 2011 to Nov
12, 2018 for 6 years 11 months 4
days*

1020 Walton Ave Apt 8f, Bronx,
NY, 10452

Email Addresses
marilyn2840@gmail.com

marilynda193@aol.com

mrosario7736@gmail.com

sexycaramelatina@aol.com

## Gladys Jackson, 101 years old (approximate)

## Sidney Johnson, 68 years old (approximate)

Shared Locations
54 Rutgers St Apt 4c, New York,
NY, 10002

*Sidney Johnson and Anthony J
Palmer may have shared this ad-
dress from Feb 28, 2022 to Dec 2,
2025 for 3 years 9 months 8 days*

54 Rutgers St Apt 4a, New York,
NY, 10002

*Sidney Johnson and Anthony J
Palmer may have shared this ad-
dress from Feb 28, 2022 to Mar 7,
2022 for 7 days*

Phone Numbers
(551) 404-0603
(347) 581-1555
(718) 623-0097
(212) 608-9266
(201) 343-0379
(201) 343-7854
(209) 410-0092
(212) 227-6280
(570) 995-1841
(646) 692-6813
(201) 488-7428
(212) 475-0565
(212) 608-0892
(212) 777-4325
(347) 942-6347
(405) 226-6815
(408) 401-9477
(718) 273-2523

Email Addresses
sidneyjohnson49@yahoo.com

eddy@zdgmedia.com

sidnbseyjohnson4923@ya-
hoo.com

sidneybyohnson4960@ya-
hoo.com

sidneyjohnson5050@gmail.com

siddneyjohnson49@yahoo.com

sidney.johnson@wegmans.com

sidneyjohnson@wegmans.com

hiroko@olympus.net

anna.sweetii7@gmail.com

eddy@zdmedia.com

sidneyjohnsonjr@gmail.com

george-duran@msn.com

yvettej33@hotmail.com

davidspain64@yahoo.com

scjohnson@rediffmail.com

## Rafael  Ramos Jr, 66 years old (approximate)

Phone Numbers

(702) 624-0953

(702) 523-9546

(616) 575-8144

(702) 505-2241

(702) 649-3732

(702) 985-8860

(713) 582-1785

(702) 658-1031

Email Addresses

rafaelramos1959@gmail.com

rashinaramos22@gmail.com

rafaelramos@ipa.net

4ramosfamily@cox.net

got2bhott69@aol.com

got2bhott@aol.com

gotbhott@aol.com

mikepie@hotmail.com

rafael.ramos763@gmail.com

rafael.ramos@att.net

rafaelmanuelramosjr@gmail.com

rramos1@tampabay.rr.com

thebabull@gmail.com

thebabull@yahoo.com

gotbhott@concentric.net

s1rram@aol.com

rafaelr@houstonrr.com

rramos@tampabay.rr.com

arturo_rms@yahoo.com

rafael.ramos@bigfoot.com

elpapadeolivia@hotmail.com

juniorloco100@hotmail.com

## Juliet Z Valdes, 42 years old (approximate)

Shared Locations

388 E 141st St Apt 17d, Bronx, NY,
10454

*Juliet Z Valdes and Anthony J
Palmer may have shared this ad-
dress from Jul 16, 2002 to Jan 20,
2007 for 4 years 6 months 9 days*

Phone Numbers

(718) 410-0112

(718) 329-9188

Email Addresses

valdez718@hotmail.com

lilahdegracia@gmail.com
ern303fal@bronxgearup.org

## David J Carter, 66 years old (approximate)

| Shared Locations | 388 E 141st St Apt 17b, Bronx, NY, 10454 | Phone Numbers | (718) 239-3128 |
|---|---|---|---|
| | *David J Carter and Anthony J Palmer may have shared this address from Jan 1, 1996 to Jan 23, 2003 for 7 years 24 days* | | (914) 965-1006 |
| | | | (914) 969-6132 |
| | | | (562) 774-5470 |
| | | | (718) 401-0699 |
| Email Addresses | dcarter@shackrestaurant.com | | |
| | carterrocks@verizon.net | | |
| | carterrocks1@verizon.net | | |
| | desmondbrowning2@yahoo.com | | |
| | gbudddyrubb1k49@aol.com | | |

## Trahudio R Bouknight, 63 years old (approximate)

| | | Phone Numbers | (443) 438-3445 |
|---|---|---|---|
| Email Addresses | freaky6217@gmail.com | | (718) 273-0459 |
| | malikbouknight56@gmail.com | | |
| | malikbouknight@yahoo.com | | |
| | trahudiobouknight52@gmail.com | | |
| | malikbouknight227@gmail.com | | |
| | trahudiobouknight@aol.com | | |
| | trahudiobouknight56@gmail.com | | |

# Nearby Sex Offenders

Nearby

# 54 Rutgers St Apt 4c, New York, NY 10002-7413



**Sania M Chaudhry-, 42**

Location Details
353 Grove St Apt 2b, Jersey City, NJ 07302-2974



**Donnie Howard Adams, 65**

Location Details
Of State, New York, NY 10018

Charge/Offense
2c:14-2b - sexual assault.

Charge/Offense
Lewd or lascivious molestation victim 12-15 years old offender 18 or older; f.s. 800.04(5)(c)(2) (principal).



**Stephen  Brown, 34**

Location Details
1322 Bedford Ave # 3013,
Brooklyn, NY 11216-2926

Charge/Offense
Indecent liberty w/ a minor.



**Kevin  Aryadi, 35**

Location Details
80 29th St, Brooklyn, NY
11232-1503

Charge/Offense
Possessing sexual performance by child &lt;16:possess/access to
view.



**Angel Rene Cortes-
, 59**

Location Details
Of State, New York, NY
10016

Offense Code
FL64703



**Victor Ivan Horrach-
, 65**

Location Details
Of State, Brooklyn, NY
11206

Charge/Offense
Sex offense, other state (sexual abuse 1st degree).




**Avon  Long, 80**

Location Details
400, Po Box, Romulus, NY
14541-0400

Charge/Offense
Rape-1st degree.



**Anthony  Lazo, 43**

Location Details
Kirchen, SD 57548

Charge/Offense
Lewd or lascivious battery victim 12-15 years old; f.s. 800.04(4)
(principal).



**Julio  Santana, 47**

Location Details
701 W 175th St Apt 2f, New
York, NY 10033-7611

Charge/Offense
Rape-1st degree.



**Rashaan Al Den-
nard, 46**

Location Details
Of State, Manhattan, NY
10003

Charge/Offense
18.2-47. abduction and kidnapping defined; punishment..



**David  Fleming, 59**

Location Details

104 Garfield Ave Apt 2r,
Endicott, NY 13760-5442

Charge/Offense

Sexual misconduct:person has intercourse with another without
consent.



**Justin  Scott, 36**

Location Details

146 Clay St, Brooklyn, NY
11222-1243

Charge/Offense

Rape-1st: actor is 18 years or older/ victim is under 13 years of age.



**Adam John Kimmel-
, 65**

Location Details

Of State, New York, NY
10003

Offense Code

FL74117



**Anthony  Virgin, 34**

Location Details

Of State, Buffalo, NY 14215

Charge/Offense

Lewd, lascivious batt sex w/victim 12-15 years old; f.s. 800.04(4)(a)
(2 counts).



**Chealique  Curry, 46**

Location Details

227 Cherry St Apt 7m, New
York, NY 10002-8121

Charge/Offense

Sexual abuse 1st degree:contact by forcible compulsion.



**Elvin  Vega, 57**

Location Details

61 Chrystie St Apt 610,
New York, NY 10002-5001

Charge/Offense

Sexual abuse-1st degree.



**David  Elizabeth, 63**

Location Details

589 Saint Johns Pl Bsmt,
Brooklyn, NY 11238-5527

Charge/Offense

Rape 3rd degree.



**David  Hawkins, 68**

Location Details

2110 Borden Ave # 168,
Long Island City, NY
11101-4518

Charge/Offense

Attempted rape-1st degree.



**Anthony Pasquale Vecchio, 60**

Location Details

Of State, Staten Island, NY 10305

Charge/Offense

Lewd, lascivious batt sex w/victim 12-15 years old; f.s. 800.04(4)(a) ((2 counts) principal).



**Morton C Vanallen-, 75**

Location Details

365 Jay St Apt 4a, Brooklyn, NY 11201-3844

Charge/Offense

Sodomy-2nd degree.



**Howard Dunson, 61**

Location Details

1322 Bedford Ave, Brooklyn, NY 11216-2926

Charge/Offense

Sexual misconduct:person has intercourse with another without consent.



**Salahudeen Shabazz, 66**

Location Details

135 Richards St Apt 2b, Brooklyn, NY 11231-1632

Charge/Offense

Course sexual conduct against a child-2nd degree: 2 or more acts.



**John J Lazarus, 57**

Location Details

Of State, Brooklyn, NY 11216

Charge/Offense

Sex bat/inj not likely; f.s. 794.011(5) (principal).



**Delon T Diggs, 58**

Location Details

230 Duffield St, Brooklyn, NY 11201-5303

Charge/Offense

Sexual abuse 1st:sexual contact with individual less than 11years old.



**Ramon Vega, 78**

Location Details

1322 Bedford Ave, Brooklyn, NY 11216-2926

Charge/Offense

Forcible touching.



**William Barnason, 73**

Location Details

46 Saint Felix St Apt 2, Brooklyn, NY 11217-1225

Charge/Offense

Sodomy-1st degree.



**Anthony Joye, 70**

Location Details
2 Macon St Apt 5e, Brooklyn, NY 11216-2021

Charge/Offense
Sexual abuse-1st degree.



**Carl Kaiser, 59**

Location Details
1163 Dean St, Brooklyn, NY 11216-6462

Charge/Offense
Rape 3rd: victim less than 17 years old perpetrator 21 years or more.



**Joseph Tucciarone-, 67**

Location Details
31 Vandewater St, Farmingdale, NY 11735-4923

Charge/Offense
Sexual misconduct: engage in oral/anal sexual conduct without consent.



**Efrain Nieves, 65**

Location Details
721 Union St Apt 2r, Brooklyn, NY 11215-1157

Charge/Offense
Attempted course of sexual conduct against a child- 2nd degree.



**Carl Bridgett, 65**

Location Details
81 N Portland Ave Apt 2f, Brooklyn, NY 11205-2036

Charge/Offense
Sexual misconduct.



**Michael Pinzon, 50**

Location Details
104 Gold St Rm 209, Brooklyn, NY 11201-1550

Charge/Offense
Production of child pornography.



**Angel Rios, 79**

Location Details
510 Atlantic Ave Apt 621, Brooklyn, NY 11217-1813

Charge/Offense
Sodomy-1st degree.



**Kenny Petty, 47**

Location Details
219 E 44th St, New York, NY 10017-4305

Charge/Offense
Attempted rape-1st degree.



**Adam Howard, 68**

Location Details
180 Christopher St Apt
405, New York, NY
10014-2864

Charge/Offense
Sodomy-1st degree.



**Melvin Smith, 60**

Location Details
100 Center Dr, Riverhead,
NY 11901-3307

Charge/Offense
Rape-1st degree.



**Kevin Brennan, 70**

Location Details
462 1st Ave, New York, NY
10016-9196

Charge/Offense
Criminal sexual act 3:actor 21 yrs old or more/victim less than 17
yrs.




**Donald Graham, 58**

Location Details
45 Clermont Ave Apt 2e,
Brooklyn, NY 11205-1158

Charge/Offense
Sodomy-1st degree.



**John Suggs, 74**

Location Details
2749 Linden Blvd, Brook-
lyn, NY 11208-5110

Charge/Offense
Rape-1st:forcible compulsion.



**Jack Young, 62**

Location Details
901 E 179th St Apt 4h,
Bronx, NY 10460-2826

Charge/Offense
Forcible touching: forcibly touch other person's sexual/intimate
parts.



**Wilfredo Hiraldo, 49**

Location Details
1322 Bedford Ave, Brook-
lyn, NY 11216-2926

Charge/Offense
Sexual abuse 1st:sexual contact with individual less than 11years
old.



**Michael Joseph
Beckett, 61**

Location Details
Of State, New York, NY
10016

Charge/Offense
Lewd or lascivious molestation victim 12-15 years old offender 18
or older; f.s. 800.04(5)(c)(2).



**Andres Martinez, 84**

Location Details
781 E 135th St, Bronx, NY
10454-3506

Charge/Offense
Rape-1st:forcible compulsion.



**Edward Robinson-, 41**

Location Details
400 E 30th St, New York,
NY 10016-8310

Charge/Offense
Sodomy-2nd degree.



**Eric Hunt, 42**

Location Details
320 Veeder Ave, Schenec-
tady, NY 12307-1304

Charge/Offense
Sexual battery/ inj not likely (2 counts).



**Jason Gabriel, 40**

Location Details
275 Atlantic Ave, Brooklyn,
NY 11201-5714

Charge/Offense
Attempted sexual abuse-1st degree.



**Cornelius Walker, 76**

Location Details
619 Grove St, Jersey City,
NJ 07310-1227

Charge/Offense
14-2 - aggravated sexual assault.



**Elijah Hesterbey, 32**

Location Details
355 Clinton Ave Apt 11g,
Brooklyn, NY 11238-1134

Charge/Offense
Forcible touching: forcibly touch other person's sexual/intimate
parts.



**Jose Diaz, 38**

Location Details
53 Stouton Street 1a, New
York, NY 10002

Charge/Offense
Rape-2nd:person 18 yrs old or more has intercourse with per-
son&lt;15 yrs.



**Christopher J Michik, 40**

Location Details
400, Po Box, Romulus, NY
14541-0400

Charge/Offense
Sexual abuse-3rd:subject another person to sex contact without
consent.



**Carmine Joseph Califano, 63**

Location Details
Of State, Brentwood, NY 11717

Charge/Offense
Sex offense, other state (sodomy 1st degree (3 counts)).



**Landell Ellis, 44**

Location Details
120 E 23rd St, New York, NY 10010-4519

Charge/Offense
Sexual abuse-1st degree.



**Liberty Stricklin, 67**

Location Details
400, Po Box, Romulus, NY 14541-0400

Charge/Offense
Rape 3:victim did not consent- factor other than incapacity to consent.



**Pedro Aguilar, 87**

Location Details
Of State, New York, NY 10002

Charge/Offense
Sex offense, other state.



**Donald Mitchell, 70**

Location Details
261 W 21st St, New York, NY 10011-3102

Charge/Offense
Attempted rape-1st degree.



**James Charles Pressley, 60**

Location Details
425a Quincy St Fl 3, Brooklyn, NY 11221-8151

Charge/Offense
Criminal sexual conduct in the 2nd degree.



**Jonathan Rivera, 30**

Location Details
213 E 25th St, New York, NY 10010-3023

Charge/Offense
Sexual misconduct:person has intercourse with another without consent.



**Willard Emden, 79**

Location Details
Of America Usa, Bangkok, NY 10120

Charge/Offense
Sex bat/inj not likely; f.s. 794.011(5) (principal).



Leonardo V Zayas, 53

Location Details
247 5th St Apt 1, Jersey
City, NJ 07302-2430

Charge/Offense
A14-3 - attempt criminal sexual contact.



Carmelo Concep-
cion, 48

Location Details
231 E 4th St Apt 3a, New
York, NY 10009-7271

Charge/Offense
Attempted sexual abuse-1st degree.



David M Kopstein, 79

Location Details
209 E 25th St Apt 4f, New
York, NY 10010-3022

Charge/Offense
Possession of child pornography.



Raphael Lanier
Ward, 55

Location Details
Of-State, New York, NY
10002

Charge/Offense
Sexual battery.



Lloyd Dennis, 35

Location Details
18 6th Ave Apt 3406,
Brooklyn, NY 11217-5062

Charge/Offense
Sex trafficking: force person into prostitution by instilling fear.



Abayomi Isijola, 42

Location Details
New York, NY

Charge/Offense
Forcible touching: forcibly touch other person's sexual/intimate parts.



Raday Gonzalez, 35

Location Details
17 Monroe St Apt R4, New
York, NY 10002-7372

Charge/Offense
Incest-3rd degree: engage in sexual conduct with related person.



Arthur Sidbury, 56

Location Details
350 Tompkins Ave Apt 1a,
Brooklyn, NY 11216-1979

Charge/Offense
Attempted rape-1st degree.



Ricardo  Lebron, 58

Location Details
2119 150th St
Rear, Whitestone, NY
11357-3627

Charge/Offense
Attempted rape 3rd degree.



Kevin  Williams, 34

Location Details
New York, NY

Charge/Offense
Sexual abuse 2nd: sexual contact with person less than 14 years old.

# Extended Data

This section includes extended data found from our search.

First Name | Middle Name | Last Name

## Anthony   J   Palmer

## Birth Information

Age
62

Born
Jan 1964

## Known Aliases

Anthony J  Palner          Anthon J  Palmer          Anthony N  Palmer          A Palmer

## Possible Emails

Email

Type

palmeranthonyp@yahoo.com

## Facebook

Anthony Palmer

anthonypalmerp

Usernames:
anthonypalmerp

Related URLs
http://www.facebook.com/a...

User's ID
100000195767302@facebook

## Related Links

http://facebook.com/people/_/100000195767302
http://www.facebook.com/anthonypalmerp

## US public records

Anthony Palmer

Status
Active