UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 7/13/26

ANTHONY PALMER,

Plaintiff,

-against-

TRUTHFINDER, INC.; JOHN DOES 1-25,

Defendants.

26-CV-1693 (JPC) (BCM)

ORDER OF SERVICE

**BARBARA MOSES, United States Magistrate Judge.**

Plaintiff, who is appearing *pro se*, brings this action under the Court's diversity jurisdiction, asserting defamation and other state-law claims. By order dated July 7, 2026, the Court granted plaintiff's request to proceed *in forma pauperis* (IFP), that is, without prepayment of fees. Plaintiff has moved for the appointment of pro bono counsel (Dkt. 3) and to "expedite proceedings" (Dkt. 7).

## DISCUSSION

### A. Order of Service

Because plaintiff has been granted permission to proceed IFP, he is entitled to rely on assistance from the Court and the U.S. Marshals Service with effecting service.[1] *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (The court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP.).

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, plaintiff is proceeding IFP and could not have served the summons and the complaint until the Court reviewed the complaint and ordered that the summons be issued. The Court therefore extends the time to serve until 90 days after the date the summons is issued.

To allow plaintiff to effect service on defendant Truthfinder, Inc. through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form (USM-285 form) for this defendant. The Clerk of Court is further instructed to issue a summons and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon this defendant.

If the complaint is not served within 90 days after the date the summons is issued, plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

Plaintiff must notify the Court in writing if his address changes, and the Court may dismiss the action if plaintiff fails to do so.

**B. Motions**

**1. Motion for Counsel**

The factors to be considered in ruling on an indigent litigant's request for counsel include the merits of the case, the plaintiff's efforts to obtain a lawyer, and the plaintiff's ability to gather the facts and present the case if unassisted by counsel. *See Cooper v. A. Sargenti Co.*, 877 F.2d 170, 172 (2d Cir. 1989); *Hodge v. Police Officers,* 802 F.2d 58, 60-62 (2d Cir. 1986). Of these, the merits are "[t]he factor which command[s] the most attention." *Cooper*, 877 F.2d at 172. The present record does not permit the Court to determine, even preliminarily, that the merits of plaintiff's case are strong. The Court notes, in his request, that the allegedly defamatory information published on defendant's website appears to match the information available to the public on New York State's sex offender website. *See* https://www.criminaljustice.ny.gov/nsor/index.htm. Plaintiff's motion for counsel is therefore denied without prejudice to renewal at a later date.

**2. Motion to Expedite Proceedings**

The Court denies the motion to "expedite proceedings" without prejudice as unnecessary.

## CONCLUSION

The Clerk of Court is instructed to issue a summons for defendant Truthfinder, Inc., complete the USM-285 form with the address for that defendant, and deliver all documents necessary to effect service to the U.S. Marshals Service.

The Court denies the pending motions and directs the Clerk of Court to terminate them. (Dkts. 3, 7.)

The Clerk of Court is further directed to mail an information package to plaintiff.

SO ORDERED.

Dated: July 13, 2026
New York, New York

**Barbara Moses**
**United States Magistrate Judge**

**SERVICE ADDRESS FOR DEFENDANT**

Truthfinder, Inc.
Registered Agent: Corporation Service Company
2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA 95833