USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 11/20/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHONY PALMER,

Plaintiff,

-against-

TRUTHFINDER, INC.

Defendant.

26-CV-1693 (JPC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

On September 21, 2026, the U.S. Marshals Service served defendant Truthfinder, Inc. (Truthfinder) with plaintiff's summons and complaint. *See* Dkt. 17. Truthfinder's answer or response to the complaint was due on October 13, 2026. However, that date has come and gone, and Truthfinder has failed to appear in this action to answer or otherwise respond to the complaint.

The Court *sua sponte* EXTENDS Truthfinder's deadline to answer or respond to the complaint to **December 14, 2026**. If Truthfinder fails to answer or respond by that date, plaintiff may request a certificate of default. *See* Local Civ. R. 55.1.

The Clerk of Court is respectfully directed to mail copies of this order to Truthfinder at the following two addresses:

(1) Truthfinder, Inc. c/o Corporation Service Company, 2710 Gateway Oaks Drive, Suite 150N, Sacramento, CA 95833;

(2) 2261 Market Street, Suite 85922, San Francisco, CA 94114.

Dated: New York, New York
November 20, 2026

**SO ORDERED.**

**BARBARA MOSES**
**United States Magistrate Judge**